BRIAN QUINN
 Chief Justice
 
 JAMES T. CAMPBELL
 Justice
 
 MACKEY K. HANCOCK
 Justice
 
 PATRICK A. PIRTLE
 Justice
 
 Court of Appeals
 
 Seventh District of Texas
 Potter County Courts Building
 501 S. Fillmore, Suite 2-A
 Amarillo, Texas 79101-2449
 www.7thcoa.courts.state.tx.us
 
 
 PEGGY CULP
 CLERK
 
 
 MAILING ADDRESS:
 P. O. Box 9540
 79105-9540
 
 
 (806) 342-2650
 
 February 1, 2012
 
Brooks Barfield Jr.
BARFIELD LAW FIRM
P. O. Box 308
Amarillo, TX 79105-0308

Jerry Morales
Attorney at Law
1008 W. 10th
Amarillo, TX 79101
Jami Kay Watson
Assistant Criminal District Attorney
2309 Russell Long Blvd, Ste 120
Canyon, TX 79015
 Dear Counsel:

 The Court this day withdrew its opinion of January 30, 2012 and in its place issued the enclosed opinion disposing of Cause No. 07-11-00339-CV, styled IN THE INTEREST OF J.M., A CHILD. Enclosed are copies of the Court's opinion and judgment. Tex. R. App. P. 48. 

 In addition, pursuant to Texas Government Code, Sec. 51.204(b)(2), exhibits on file with this Court, if any, will be destroyed three years after final disposition of the case or at an earlier date if ordered by the Court. 
 
 Very truly yours,

 PEGGY CULP, CLERK

 By:___________________

xc:
Honorable James W. Anderson
Honorable Richard Dambold
Jo Carter
Lexis/Nexis
Wolters Kluwer Law & Business
State Bar of Texas
West Publishing